| | |
|---|---|
| Name | Marc Randazza |
| Bar # | 027861 |
| Firm | Randazza Legal Group |
| Address | 3969 4th Ave., Suite 204 |
| | San Diego, CA 92103 |
| | MJR@Randazza.com |
| Telephone | 888-667-1113 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Liberty Media Holdings, LLC

    Plaintiff,

vs.

Justin Krueger a/k/a Jake Lyons, et al.

    Defendant.

Case No. 11-MC-00003-PHX

**Corporate Disclosure Statement**

    This Corporate Disclosure Statement is filed on behalf of __Plaintiff__ in compliance with the provisions of: *(check one)*

    ✓    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ____    Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ____    Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

✓     No such corporation.

____     Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship _____

____     Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship _____

____     Other(please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this __21__ day of __January__, __2011__.

_____
Counsel of Record

Certificate of Service: See attached

- 2 -

Marc J. Randazza, Esq.,
Arizona Bar No. 027861
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 (fax)
MJR@randazza.com

Attorney for Plaintiff,
LIBERTY MEDIA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN KRUEGER a/k/a JAKE LYONS<br><br>Defendant | Case No.: 11-MC-00003-PHX<br><br>CERTIFICATE OF SERVICE |

The undersigned does certify that on this 26th day of January 2011, he did file the foregoing document using the CM/ECF system, and has sent a copy of all the document via email to defendant.

Date: January 26, 2011.

s/ Marc Randazza
Marc Randazza
Arizona Bar No. 027861
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 (fax)
MJR@randazza.com

1